**Arthur Frederick GOODE, III, Petitioner-Appellant,**

v.

**Louie L. WAINWRIGHT, Respondent-Appellee.**

**No. 82–5244.**

United States Court of Appeals, Eleventh Circuit.

Jan. 27, 1984.

Wilbur C. Smith, III, Fort Meyers, Fla., for petitioner-appellant.

A petition for review may be filed not later than six months from the date of the final deportation order . . . .

Charles Corces, Jr., Asst. Atty. Gen., Tampa, Fla., for respondent-appellee.

ON REMAND FROM THE SUPREME COURT OF THE UNITED STATES

Before GODBOLD, Chief Judge, and ANDERSON, Circuit Judge, and HOFFMAN *, District Judge.

PER CURIAM:

Upon the authority of *Wainwright v. Goode,* —— U.S. ——, 104 S.Ct. 378, 78 L.Ed.2d 187 (1983), reversing *Goode v. Wainwright,* 704 F.2d 593 (11th Cir.1983), the judgment of the district court in the above-entitled case is

AFFIRMED.

* Honorable Walter E. Hoffman, U.S. District Court Judge for the Eastern District of Virginia, sitting by designation.